# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REED C. DEMPSEY,<br><br>        Plaintiff<br><br>v.<br><br>BUCKNELL UNIVERSITY, et al.,<br><br>        Defendants. | CIVIL ACTION NO. 4:11-CV-1679<br><br>(BRANN, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 23rd day of September, 2013, the Bucknell University Defendants' Motion for Protective Order ([Doc. 87](#)) is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** with respect to the depositions of Kenneth W. Freeman, William A. Graham IV, and Kari Conrad, and **DENIED** with respect to the depositions of Eric Faden, Tammy Hiller, Judy Mickanis, Dennis Hopple, and Michael Smyer. It is therefore hereby **ORDERED** that:

1. The deposition of Kenneth W. Freeman shall take place in Boston, Massachusetts, or such other place to which the parties mutually agree, and may be taken by videoconference or other remote means.

2. The deposition of William A. Graham IV shall take place in Philadelphia, Pennsylvania, or such other place to which the parties mutually agree, and may be taken by videoconference or other remote means.

3. The depositions of Eric Faden, Tammy Hiller, Judy Mickanis, Dennis Hopple, Michael Smyer, and Kari Conrad shall take place in Lewisburg, Pennsylvania, or such other place to which the parties mutually agree.

4. The parties shall meet and confer on or before **September 30, 2013**, to discuss the specific time and place of each of these eight depositions. The parties are encouraged to agree upon times and places mutually convenient to the deponents and to the parties and their counsel.

5. Plaintiff shall serve amended Rule 30(b)(1) notices with respect to these eight depositions on or before **October 1, 2013**. All eight depositions shall be scheduled to be taken on or before **November 1, 2013**, with the actual time and place of each deposition subject to modification by agreement of the parties.

6. All eight depositions shall be completed before the close of fact discovery in this case, to be determined at the upcoming October 8, 2013, status conference with Judge Brann.

7. The parties are strongly encouraged to resolve any further dispute regarding these depositions without court involvement. Prior to filing any additional discovery motions with respect to these depositions, the parties are instructed to schedule a discovery conference with Magistrate Judge Mehalchick to attempt to resolve the dispute without formal motion practice.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**