# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

REED C. DEMPSEY,

    Plaintiff

v.

BUCKNELL UNIVERSITY, et al.,

    Defendants.

CIVIL ACTION NO. 4:11-CV-1679

(BRANN, J.)
(MEHALCHICK, M.J.)

## **ORDER**

AND NOW, this 7th day of October, 2013, the Court having been requested by the parties to review certain documents *in camera* and resolve the Plaintiff's objections to production of said documents on attorney-client privilege and work-product protection grounds (Doc. 57; Doc. 59; Doc. 66; Doc. 70), it is hereby **ORDERED** that:

1. The Plaintiff's objections are **SUSTAINED** with respect to

    a. Documents No. 1, 6, 7, 8, 9, 10, 13, 17, 18, 20, 26, 30, 32, 36, 38, 41, 43, 44, 46, 50, 52, 53, 54, 55, 56, 59, 67, and 68,

    b. those parts of Document No. 71 **listed** on Attachment A to this Order,

    c. those parts of Document No. 72 **listed** on Attachment B to this Order, and

    d. those parts of Document No. 73 **not listed** on Attachment C to this Order;

2. The Plaintiff's objections are **OVERRULED** with respect to

    a. Documents No. 21, 22, and 69,

    b. those parts of Document No. 71 **not listed** on Attachment A to this Order,

    c. those parts of Document No. 72 **not listed** on Attachment B to this Order, and

    d. those parts of Document No. 73 **listed** on Attachment C to this Order; and

3. Within **seven (7) days** of the date of this Order, the Plaintiff shall produce to the Defendants copies of all materials as to which objections have been overruled.

                                                        **BY THE COURT:**

                                         *s/ Karoline Mehalchick*
                                         **KAROLINE MEHALCHICK**
                                         **United States Magistrate Judge**

Attachment A
Privileged/Protected E-mail Messages from Document No. 71
Objections to these items are **SUSTAINED** and the following are not subject to production.

| Author | Recipients | Date | Time | Privilege |
|---|---|---|---|---|
| Jameson Dempsey | John Dempsey | 9/8/2010 | 12:24:40 a.m. | work product |
| John Dempsey | Jameson Dempsey | 9/8/2010 | 9:39:13 a.m. | work product |
| Jameson Dempsey | John Dempsey | 9/8/2010 | 10:01:09 a.m. | work product |
| John Dempsey | Jameson Dempsey | 9/8/2010 | 10:02:20 a.m. | work product |
| Jameson Dempsey | John Dempsey | 9/8/2010 | 10:03:27 a.m. | work product |
| Jameson Dempsey | John Dempsey | 9/8/2010 | 2:53:34 p.m. | work product |
| Jameson Dempsey | John Dempsey | 9/14/2010 | 10:01:44 a.m. | work product |
| John Dempsey | Jameson Dempsey | 9/14/2010 | 10:06:44 a.m. | work product |
| Jameson Dempsey | John Dempsey | 9/15/2010 | 7:48:19 p.m. | work product |
| John Dempsey | Jameson Dempsey | 9/17/2010 | 3:50:19 a.m. | work product |
| John Dempsey | Jameson Dempsey | 9/17/2010 | 3:54:08 a.m. | work product |
| John Dempsey | Jameson Dempsey | 9/17/2010 | 7:23:25 a.m. | work product |
| Jameson Dempsey | John Dempsey | 9/17/2010 | 10:24:13 a.m. | work product |
| Shelley Dempsey | John Dempsey | 9/22/2010 | 8:13:05 a.m. | work product |
| John Dempsey | Shelley Dempsey | 9/28/2010 | 10:29:12 p.m. | work product |
| Shelley Dempsey | John Dempsey | 9/29/2010 | 4:05:42 p.m. | work product |
| John Dempsey | Shelley Dempsey, Reed Dempsey | 10/4/2010 | 6:59:33 a.m. | attorney-client/work-product |
| John Dempsey | Shelley Dempsey, Reed Dempsey | 10/4/2010 | 11:23:39 a.m. | attorney-client |
| Shelley Dempsey | John Dempsey | 10/6/2010 | 1:12:58 a.m. | work product |
| Reed Dempsey | John Dempsey | 10/7/2010 | 12:46:19 a.m. | attorney-client/work-product |
| Shelley Dempsey | John Dempsey | 10/12/2010 | 11:22:34 a.m. | work product |
| Shelley Dempsey | John Dempsey | 10/26/2010 | 5:54:56 p.m. | work product |
| Shelley Dempsey | John Dempsey | 10/26/2010 | 6:01:33 p.m. | work product |
| Shelley Dempsey | John Dempsey | 10/26/2010 | 6:01:58 p.m. | work product |
| Shelley Dempsey | John Dempsey | 10/26/2010 | 6:02:34 p.m. | work product |
| Shelley Dempsey | John Dempsey | 10/26/2010 | 8:31:30 p.m. | work product |
| John Dempsey | Shelley Dempsey, Reed Dempsey, Jameson Dempsey | 10/27/2010 | 1:25:14 a.m. | work product |
| Jameson Dempsey | John Dempsey | 10/27/2010 | 8:00:18 a.m. | work product |

| Author | Recipients | Date | Time | Privilege |
|---|---|---|---|---|
| John Dempsey | Jameson Dempsey | 10/27/2010 | 8:57:11 a.m. | work product |
| Shelley Dempsey | John Dempsey | 10/27/2010 | 9:27:31 a.m. | work product |
| John Dempsey | Shelley Dempsey | 10/27/2010 | 9:56:00 a.m. | work product |
| Shelley Dempsey | John Dempsey | 10/27/2010 | 10:00:16 a.m. | work product |
| Shelley Dempsey | John Dempsey | 10/27/2010 | 10:30:41 a.m. | work product |
| Reed Dempsey | John Dempsey, Shelley Dempsey, Jameson Dempsey | 10/27/2010 | 11:48:40 a.m. | work product |
| Shelley Dempsey | John Dempsey | 10/27/2010 | 12:00:54 p.m. | attorney-client/work-product |
| Shelley Dempsey | John Dempsey | 10/27/2010 | 12:01:55 p.m. | work product |
| Jameson Dempsey | Reed Dempsey, John Dempsey, Shelley Dempsey | 10/27/2010 | 1:07:39 p.m. | work product |
| Shelley Dempsey | John Dempsey, Jameson Dempsey | 10/28/2010 | 11:00:00 a.m. | work product |
| John Dempsey | Shelley Dempsey, Jameson Dempsey | 10/28/2010 | 11:06:01 a.m. | work product |
| John Dempsey | Shelley Dempsey | 10/28/2010 | 3:07:10 p.m. | work product |
| Shelley Dempsey | John Dempsey | 10/28/2010 | 5:39:18 p.m. | work product |
| John Dempsey | Shelley Dempsey | 10/28/2010 | 6:10:24 p.m. | work product |
| John Dempsey | Reed Dempsey | 11/2/2010 | 12:17:58 a.m. | attorney-client/work-product |
| Jameson Dempsey | John Dempsey | 11/28/2010 | 10:05:19 a.m. | work product |
| John Dempsey | Jameson Dempsey | 11/28/2010 | 10:10:15 a.m. | work product |
| Jameson Dempsey | John Dempsey | 11/28/2010 | 10:51:31 a.m. | work product |
| Jameson Dempsey | John Dempsey | 11/28/2010 | 10:54:01 a.m. | work product |
| John Dempsey | Jameson Dempsey | 11/28/2010 | 6:35:10 p.m. | work product |
| Jameson Dempsey | John Dempsey | 11/28/2010 | 6:40:49 p.m. | work product |
| John Dempsey | Jameson Dempsey | 11/28/2010 | 6:46:34 p.m. | work product |
| Jameson Dempsey | John Dempsey | 11/28/2010 | 7:04:26 p.m. | work product |
| Shelley Dempsey | John Dempsey | 11/28/2010 | 7:23:34 p.m. | attorney-client/work product |

Attachment B
Privileged/Protected E-mail Messages from Document No. 72
Objections to these items are **SUSTAINED** and the following are not subject to production.

| Author | Recipients | Date | Time | Privilege |
|---|---|---|---|---|
| Chris Giovino | John Dempsey | 9/17/2010 | 9:35:29 p.m. | attorney-client/work product |
| John Dempsey | Chris Giovino | 9/18/2010 | 8:43:23 a.m. | attorney-client/work product |

Attachment C
Non-Privileged E-mail Messages from Document No. 73 to be Produced to Defendants
Objections to these items are **OVERRULED** and the following must be produced in accordance with this Court's Order.

| Author | Recipients | Date | Time |
|---|---|---|---|
| Reed Dempsey | Stephen Becker, John Dempsey, Ted Simon | 9/10/2010 | 6:13:43 p.m. |
| Reed Dempsey | Kari Conrad, Stephen Becker, John Dempsey | 9/10/2010 | 7:22:07 p.m. |
| John Dempsey | Gay Huey Evans | 9/14/2010 | 3:38:24 a.m. |
| Gay Huey Evans | John Dempsey | 9/14/2010 | 5:00 a.m. |
| John Dempsey | Gay Huey Evans | 9/14/2010 | 1:39:17 p.m. |
| Gay Huey Evans | John Dempsey | 9/14/2010 | 9:34 a.m. |
| John Dempsey | Shelley Dempsey, Jameson Dempsey | 9/17/2010 | 5:46:57 p.m. |
| Stephen Becker | Reed Dempsey, Ted Simon, Martin Ligare, John Dempsey | 9/23/2010 | 3:10:54 p.m. |
| Stephen Becker | Ted Simon, Reed Dempsey, John Dempsey, Martin Ligare | 9/28/2010 | 5:32:27 p.m. |
| Stephen Becker | Kari Conrad, Reed Dempsey, Martin Ligare | 9/29/2010 | 11:56:45 a.m. |
| Stephen Becker | Reed Dempsey, Martin Ligare | 9/29/2010 | 4:15:16 p.m. |
| John Dempsey | Shelley Dempsey | 9/29/2010 | 4:16:07 p.m. |
| Stephen Becker | Wayne Bromfield, Reed Dempsey, Martin Ligare | 9/29/2010 | 10:44:51 p.m. |
| John Dempsey | Shelley Dempsey | 9/30/2010 | 6:33:16 a.m. |
| Stephen Becker | Ted Simon, Reed Dempsey, John Dempsey, Shelley Dempsey, Martin Ligare | 9/30/2010 | 11:35:55 a.m. |
| Stephen Becker | Kari Conrad, Reed Dempsey, Martin Ligare | 9/30/2010 | 7:37:28 p.m. |
| Stephen Becker | Martin Ligare, Reed Dempsey, John Dempsey, Shelley Dempsey | 10/1/2010 | 4:17:22 p.m. |
| Stephen Becker | Martin Ligare, Reed Dempsey, John Dempsey, Shelley Dempsey, Ted Simon | 10/1/2010 | 4:21:14 p.m. |
| Stephen Becker | Kari Conrad, Martin Ligare, Reed Dempsey | 10/2/2010 | 11:20:35 a.m. |
| John Dempsey | Stephen Becker, Reed Dempsey, Martin Ligare, Shelley Dempsey, Ted Simon | 10/3/2010 | 9:13:18 p.m. |
| Stephen Becker | Ted Simon, Reed Dempsey, Martin Ligare, John Dempsey, Shelley Dempsey | 10/4/2010 | 3:05:00 p.m. |
| Stephen Becker | Ted Simon, Reed Dempsey, John Dempsey, Shelley Dempsey, Martin Ligare | 10/4/2010 | 4:50:36 p.m. |
| Stephen Becker | Ted Simon, Reed Dempsey, Martin Ligare, John Dempsey, Shelley Dempsey | 10/4/2010 | 6:13:49 p.m. |
| Ted Simon | Stephen Becker, Shelley Dempsey, Martin Ligare, Reed Dempsey, John | 10/4/2010 | 9:41:52 p.m. |

| Author | Recipients | Date | Time |
|---|---|---|---|
| | Dempsey | | |
| Shelley Dempsey | Ted Simon, Stephen Becker, Martin Ligare, Reed Dempsey, John Dempsey | 10/5/2010 | 7:53:26 a.m. |
| Martin Ligare | Shelley Dempsey, Ted Simon, Stephen Becker, Reed Dempsey, John Dempsey | 10/5/2010 | 8:43:36 a.m. |
| Stephen Becker | Michael Lowenstein, Ted Simon, John Ellison, John Dempsey, Jeremy Feinstein, Reed Dempsey, Martin Ligare, Shelley Dempsey | 10/5/2010 | 10:29:44 a.m. |
| Ted Simon | John Dempsey, Stephen Becker, Shelley Dempsey, Reed Dempsey, Martin Ligare | 10/6/2010 | 10:25:58 a.m. |
| Ted Simon | John Dempsey, Stephen Becker, Shelley Dempsey, Reed Dempsey, Martin Ligare | 10/6/2010 | 10:36:42 a.m. |
| Ted Simon | John Dempsey, Stephen Becker, Shelley Dempsey, Reed Dempsey, Martin Ligare | 10/6/2010 | 10:53:15 a.m. |
| Shelley Dempsey | Ted Simon, John Dempsey, Stephen Becker, Reed Dempsey, Martin Ligare | 10/6/2010 | 12:05:38 p.m. |
| Shelley Dempsey | Ted Simon, John Dempsey, Stephen Becker, Reed Dempsey, Martin Ligare | 10/6/2010 | 1:43:16 p.m. |
| Ted Simon | Shelley Dempsey, John Dempsey, Stephen Becker, Reed Dempsey, Martin Ligare | 10/6/2010 | 2:03:52 p.m. |
| Shelley Dempsey | Ted Simon, John Dempsey, Stephen Becker, Reed Dempsey, Martin Ligare | 10/7/2010 | 9:45:20 a.m. |
| Ted Simon | Shelley Dempsey, John Dempsey, Stephen Becker, Reed Dempsey, Martin Ligare | 10/7/2010 | 10:21:17 a.m. |
| Ted Simon | Shelley Dempsey, John Dempsey, Stephen Becker, Reed Dempsey, Martin Ligare | 10/7/2010 | 11:09:01 a.m. |
| Shelley Dempsey | Ted Simon, John Dempsey, Stephen Becker, Reed Dempsey, Martin Ligare | 10/7/2010 | 11:09:34 a.m. |
| Ted Simon | Shelley Dempsey, John Dempsey, Stephen Becker, Reed Dempsey, Martin Ligare | 10/7/2010 | 11:23:45 a.m. |
| Reed Dempsey | Kari Conrad, Stephen Becker, Martin Ligare | 10/7/2010 | 11:46:40 a.m. |
| Stephen Becker | Michael Lowenstein, John Ellison, Jeremy Feinstein, Martin Ligare, Ted Simon, John Dempsey, Reed Dempsey, Shelley Dempsey | 10/7/2010 | 11:46:46 p.m. |
| Ted Simon | Stephen Becker, Michael Lowestein, John Ellison, Jeremy Feinstein, Martin Ligare, John Dempsey, Reed Dempsey, Shelley Dempsey | 10/8/2010 | 1:08:38 a.m. |
| John Dempsey | Martin Ligare, Shelley Dempsey, Stephen Becker | 10/8/2010 | 8:10:23 p.m. |
| Shelley Dempsey | John Dempsey, Martin Ligare, Stephen Becker | 10/8/2010 | 8:24:22 p.m. |
| Martin Ligare | John Dempsey, Shelley Dempsey, Stephen Becker | 10/9/2010 | 9:27:00 a.m. |
| Reed Dempsey | Kari Conrad, Stephen Becker | 10/14/2010 | 10:48:10 a.m. |
| Reed Dempsey | Stephen Becker, John Dempsey, Shelley Dempsey | 10/19/2010 | 3:40:30 p.m. |

| Author | Recipients | Date | Time |
|---|---|---|---|
| Stephen Becker | Ted Simon, Shelley Dempsey, John Dempsey | 10/27/2010 | 11:15:21 p.m. |
| Shelley Dempsey | Stephen Becker, Ted Simon, John Dempsey, Martin Ligare | 10/30/2010 | 1:40:25 p.m. |
| Stephen Becker | Shelley Dempsey, Ted Simon, John Dempsey, Martin Ligare | 10/30/2010 | 1:53:41 p.m. |
| Martin Ligare | Reed Dempsey, Shelley Dempsey, John Dempsey, Ted Simon, Stephen Becker | 10/30/2010 | 2:01:47 p.m. |
| John Dempsey | Matt Mason | 11/9/2010 | 3:08:25 p.m. |
| John Dempsey | Stephen Becker, Ted Simon | 11/9/2010 | 4:27:28 p.m. |
| Stephen Becker | Reed Dempsey, Ted Simon, John Dempsey, Shelley Dempsey, Martin Ligare | 12/1/2010 | 12:11:31 p.m. |
| Reed Dempsey | Stephen Becker, Ted Simon, Shelley Dempsey, John Dempsey | 12/2/2010 | 10:23:31 a.m. |
| John Dempsey | Jameson Dempsey | 12/2/2010 | 10:42:31 a.m. |
| Stephen Becker | Reed Dempsey, Martin Ligare, Ted Simon, Shelley Dempsey, John Dempsey | 12/3/2010 | 11:25:18 p.m. |
| Reed Dempsey | Stephen Becker, John Dempsey | 12/3/2010 | 6:37:12 p.m. |
| John Dempsey | Jameson Dempsey | 12/3/2010 | 6:50:30 p.m. |
| John Dempsey | Martin Ligare, Stephen Becker, Reed Dempsey, Shelley Dempsey | 12/6/2010 | 9:49:33 a.m. |
| Shelley Dempsey | Martin Ligare | 12/7/2010 | 10:14:11 a.m. |
| Shelley Dempsey | John Dempsey | 8/21/2011 | 4:42:11 p.m. |
| John Dempsey | Jameson Dempsey, Matthew Dempsey, Connor Dempsey, Linda Roberto, Barbara Dempsey | 9/7/2011 | 3:23:07 p.m. |
| John Dempsey | Jameson Dempsey | 2/10/2012 | 9:43:38 a.m. |